# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LIGHTING SCIENCE GROUP
CORPORATION,   Case No.: 6:16-cv-1228-RBD-GJK

    Plaintiff,   **JURY TRIAL DEMANDED**

v.

TITCH INDUSTRIES, INC.,
and BIOLUZ LED,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Lighting Science Group Corporation ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Local Rule 3.08, and moves this Court for an order dismissing all claims set forth in the Amended Complaint (Dkt. 17) in this action, with prejudice, and in further support thereof states as follows:

1. Plaintiff filed its Complaint (Dkt. 1) against Defendants, Titch Industries, Inc. and Bioluz LED ("Defendants") on July 7, 2016.

2. Plaintiff filed its Amended Complaint against Defendants, on August 22, 2016 (Dkt. 17).

3. Defendants have not filed an answer, motion to dismiss or motion for summary judgment in this action.

4. The Parties have resolved all disputes between them with regard to the issues contained in Plaintiff's Amended Complaint, and have entered into a settlement agreement.

5. The Parties, by entering into a settlement agreement, and agreeing to dismiss this

1

action, waive their rights to appeal from or otherwise challenge the dismissal of this action.

WHEREFORE, the Plaintiff hereby moves this Court for an order:

1. Dismissing all claims in this action contained in Plaintiff's Amended Complaint, with prejudice, with each party bearing its own costs, expenses and attorney's fees; and

2. An order that the Parties' have waived their right to appeal or otherwise challenge the dismissal of this action.

Dated: December 2, 2016.

*/s/ Mark F. Warzecha*
Mark F. Warzecha, Esq.
Florida Bar No. 0095779
**WIDERMAN MALEK, PL**
1990 W. New Haven Avenue, Suite 201
Melbourne, Florida 32904
Telephone: 321-255-2332
Facsimile: 321-255-2351
MFW@USLegalTeam.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I further certify that the foregoing document is being served this date on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark F. Warzecha*
Mark F. Warzecha, Esq.